FILED

02/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0562

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0562

_____

CREGG A. BOSSARD,

     Plaintiff and Appellee,

v.

MATTHEW BOSSARD and SABRINA STOTTS,

     Defendants and Appellants.

O R D E R

_____

On September 22, 2023, Appellants filed a Notice of Appeal in this matter. On October 31, 2023, the Nineteenth Judicial District Court, Lincoln County, granted an extension of time to complete the transcripts on appeal until December 20, 2023, pursuant to its authority under M. R. App. P. 9(3)(b). On November 22, 2023, the District Court record was filed in this Court. To date, no transcripts have been filed.

IT IS ORDERED that, on or before March 26, 2024, Appellants shall file a report on the status of this appeal. Failure to file a status report within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all parties and to court reporter Cynthia Miller.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 26 2024